AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Edward Potrzeba, III; Kayleigh Rood; Martin Furner; Josie Parker. <br> *Plaintiff* <br> v. <br> Sherburne-Earlville High School, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No.: 3:23-cv-191 (BKS/ML) <br> ) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Sherburne-Earlville High School through the Sherburne-Earlville Central School District Board of Education, Kenneth Buehner, in his individual capacity and official capacity, Nicholas Colosi, in his individual and official capacity, Brad Perry, in his individual and official capacity, and Robert Berson, in his individual and official capacity.

Date:   2/27/2023

*Attorney's signature*

Frank W. Miller, Bar Roll # 102203
*Printed name and bar number*

Law Firm of Frank W. Miller
6575 Kirkville Road
East Syracuse, NY 13057
*Address*

fmiller@fwmillerlawfirm.com
*E-mail address*

(315) 234-9900
*Telephone number*

(315) 234-9908