# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Edward Potrzeba, III; Kayleigh Rood; Martin Furner; Josie Parker. ) | |
| *Plaintiff* ) | Civil Action No.: 3:23-cv-191 (BKS/ML) |
| v. ) | |
| Sherburne-Earlville High School, et al. ) | |
| *Defendant* | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as additional counsel for:

Sherburne-Earlville High School through the Sherburne-Earlville Central School District Board of Education, Kenneth Buehner, in his individual capacity and official capacity, Nicholas Colosi, in his individual and official capacity, Brad Perry, in his individual and official capacity, and Robert Berson, in his individual and official capacity. All other counsel for said Defendants shall remain the same.   .

Date:   4/12/2023

/s/Giancarlo Facciponte
*Attorney's signature*

Giancarlo Facciponte, Bar Roll # 520126
*Printed name and bar number*

Law Firm of Frank W. Miller
6575 Kirkville Road
East Syracuse, NY 13057
*Address*

gfaccpiponte@fwmillerlawfirm.com
*E-mail address*

(315) 234-9900
*Telephone number*

(315) 234-9908
*FAX number*

Print   Reset