**THE LAW FIRM OF FRANK W. MILLER, PLLC**
*Attorneys and Counselors at Law*
6575 Kirkville Road
East Syracuse, New York 13057
Telephone: (315) 234-9900
Fax: (315) 234-9908
gfacciponte@fwmillerlawfirm.com

Frank W. Miller
Giancarlo Facciponte
Thomas J. Murphy

May 1, 2023

*Via E-Mail and U.S. Mail*
Hon. Miroslav Lovric
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re: **Potrzeba v. Sherburne-Earlville Central School District**
**Furner v. Sherburne-Earlville Central School District**
**Rood v. Sherburne-Earlville Central School District**
**Parker v. Sherburne-Earlville Central School District**
**Civil Action No.: 3:23-cv-191 (BKS/ML)**

Dear Judge Lovric:

We are the attorneys for the Sherburne-Earlville Central School District and Defendants, Perry, Buehner, Colosi, Berson, and the Sherburne-Earlville High School and represent them in connection with the above referenced matter. We write to move, by way of this letter motion, to file the enclosed Exhibits to Defendants' Answer Nos. 1 through 4 under seal, pursuant to FRCP 5.2. Good cause exists to grant this motion, as the documents contain sensitive information protected under the Family Educational Rights Privacy Act ("FERPA"). *See, e.g., Marseet v. Rochester Inst. of Tech.*, No. 20-CV-7096FPG, 2023 WL 533288, at *14 (W.D.N.Y. Jan. 27, 2023) (granting motion to seal educational records protected by FERPA).

Defendants submit these Exhibits 1 through 4 to their Answer, with the same containing information corresponding to the details in Defendants' Answer regarding each Plaintiff.

We appreciate the Court's consideration.

Sincerely,

**THE LAW FIRM OF FRANK W. MILLER, PLLC**

/s/Giancarlo Facciponte
Giancarlo Facciponte
