**THE LAW FIRM OF FRANK W. MILLER, PLLC**

*Attorneys and Counselors at Law*
6575 Kirkville Road
East Syracuse, New York 13057
Telephone: (315) 234-9900
Fax: (315) 234-9908
gfacciponte@fwmillerlawfirm.com

Frank W. Miller
Giancarlo Facciponte
Thomas J. Murphy

May 31, 2023

<u>*Via E-Mail and U.S. Mail*</u>
Hon. Miroslav Lovric
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    **Potrzeba v. Sherburne-Earlville Central School District**
               **Furner v. Sherburne-Earlville Central School District**
               **Rood v. Sherburne-Earlville Central School District**
               **Parker v. Sherburne-Earlville Central School District**
               **Civil Action No.: 3:23-cv-191 (BKS/ML)**

Dear Judge Lovric:

      We are the attorneys for the Sherburne-Earlville Central School District and Defendants, Perry, Buehner, Colosi, Berson, and the Sherburne-Earlville High School and represent them in connection with the above referenced matter. We write to offer our sincere apologies for missing the previously scheduled Rule 16 conference in these cases, as it appears we were having technical and scheduling difficulties as we seek to move our firm location this week. The undersigned did attempt to call in to the conference remotely at the given number as I was delayed returning from a deposition out of the County, and while the call did connect, it would not admit me into the event.

      We strive to be as attentive to the Court's time as possible and apologize sincerely for our lack of appearance. We appreciate the Court's consideration regarding any rescheduling that may be necessary.

                                                    Sincerely,

                              **THE LAW FIRM OF FRANK W. MILLER, PLLC**

                                      /s/Giancarlo Facciponte
                                        Giancarlo Facciponte